UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOELLE CHRISTINE BALDWIN,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

CASE NO. 20-CV-1927 (DTS)

**ORDER**

The above matter came before the Court on the request of the Defendant to enlarge the time in which to answer and file the certified administrative record or otherwise plead in this action (Dkt. No. 10). The Court finds that good cause has been shown, and therefore,

IT IS HEREBY ORDERED that Defendant's request is granted and the Defendant shall have until January 19, 2021 to answer and file the certified administrative record. Should Defendant be able to provide the certified administrative record prior to that date, Defendant will immediately answer and file the certified administrative record as soon as possible to avoid further delay.

Dated: November 18, 2020

    _s/ David T. Schultz_____
    DAVID T. SCHULTZ
    United States Magistrate Judge